UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVI KONDAPALLI, by and on behalf of
Gulf Coast Digestive Health Center, PL,

    Appellant,

v.                                                   Case No: 8:15-cv-1635-T-17

RONALD WILLIAM DEMASI,

    Appellee.

## ORDER GRANTING MOTION TO CONSOLIDATE

This cause came before the Court pursuant to *DeMasi's Motion to Consolidate Appeal and Cross Appeal of GCDH Final Judgment* (Doc. No. 11) (the "**Motion**"). Upon due consideration, the Court has determined that this appeal, Case No. 15-cv-1635 (the "**Appeal**"), and the cross appeal, Case No. 15-cv-1744 (the "**Cross Appeal**"), involve common questions of law and fact such that consolidation is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). Accordingly, it is

**ORDERED** that the Motion is granted, and the Clerk of Court is directed to **CONSOLIDATE** the Appeal and Cross Appeal. The parties are directed to make all future filings in the Appeal. To the extent that the parties wish for the Court to consider any materials filed in the Cross Appeal, the parties are directed to re-file any such materials in the Appeal.

By separate order, the Court will direct the Clerk of Court to **ADMINISTRATIVELY CLOSE** the Cross Appeal.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 30th day of December, 2015.

                                ELIZABETH A. KOVACHEVICH
                                UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties and Counsel of Record